PROB 22
(Rev. 01/24)

DOCKET NUMBER *(Tran. Court)*
8:20-cr-196-VMC-AAS

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*
26-cr-46-SKC

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Richard Epstein<br>Aurora, Colorado, | Middle District of Florida | Tampa |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Virginia M. Hernandez Covington | |
| | DATES OF SUPERVISED RELEASE | FROM: 07/05/2024   TO: 07/04/2027 |

OFFENSE

CONSPIRACY TO COMMIT HEALTH CARE FRAUD 18 U.S.C. §1347 AND 1349

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Residential, Family Ties, and Employment

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Middle  DISTRICT OF  Florida

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Colorado  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

February 13, 2026
*Date*

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF  Colorado

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/19/2026
*Effective Date*

*United States District Judge*